

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To: Chief Deputy/Fiscal

**Re:  Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: ___2:22−cr−00365−AB___

Defendant's Name: ___Bijan Kohanzad___

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on ___1/27/2025___. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : ___2/3/2025___, it was verified the defendant:**

___has not surrendered___.

**Verified via e−mail with the following:**

U.S. Marshal: <u>Court Operations Desk</u>   *(Name of Officer)*

_February 5, 2025_
Date

By _____/s/ *Grace Kami*_____
Deputy Clerk

CR−86 (11/08)                    VERIFICATION OF SURRENDER